## AMOCO OIL CO. v. GRIFFIN

No. 94P86.

Case below: 78 N.C. App. 716.

Petition by defendant (C. B. Griffin, Jr.) for discretionary review under G.S. 7A-31 denied 7 April 1986.

## BADGER v. BENFIELD

No. 68P86.

Case below: 78 N.C. App. 427.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 April 1986.

## BLANTON v. MOSES H. CONE HOSP.

No. 57PA86.

Case below: 78 N.C. App. 502.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 April 1986.

## CAPEL v. REED

No. 719P85.

Case below: 77 N.C. App. 666.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

## CAREFREE CAROLINA COMMUNITIES v. CILLEY

No. 215P86.

Case below: 79 N.C. App. 742.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 April 1986. Petition by plaintiffs for writ of supersedeas denied 7 April 1986.